UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA ）
 ）
v. ） NO. 3:09-00098
 ） JUDGE CAMPBELL
RICHARD A. SPENCER, JR. ）

<u>ORDER</u>

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No.

74). The Court will hold a hearing on the Petition December 31, 2012, at 1:00 p.m.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE