UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:09-00098 |
| | ) | JUDGE CAMPBELL |
| RICHARD A. SPENCER, JR. | ) | |

### ORDER

Pending before the Court is a Motion to Continue Revocation Hearing (Docket No. 81). The Motion is GRANTED. The hearing on the Petition for Revocation of Supervised Release (Docket No. 74) is CONTINUED to March 18, 2013, at 2:30 p.m.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE