# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

| RICHARD A. SPENCER, JR. | Case Number: | 3:09-00098 |
|---|---|---|
| | USM Number: | 19065-075 |

Caryll S. Alpert
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) One (1) through Three (3) of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Defendant shall refrain from any unlawful use of a controlled substance | 6/7/13 |
| 2 | Defendant shall not purchase, possess, use, distribute, or administer any controlled substance | 6/7/13 |
| 3 | Defendant shall not associate with any persons engaged in criminal activity | 6/7/13 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 1820

June 17, 2013
Date of Imposition of Judgment

Defendant's Year of Birth: 1961

*/s/ Todd Campbell*
Signature of Judge

City and State of Defendant's Residence:
Nashville, TN

Todd J. Campbell, United States District Judge
Name and Title of Judge

June 17, 2013
Date

DEFENDANT: RICHARD A. SPENCER, JR.    Judgment — Page 2 of 2
CASE NUMBER: 3:09-0098

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   eight (8) months

No period of Supervised Release is imposed.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

    ☐ at _____ p.m. on _____

    ☐ as notified by the United States Marshal.

☒ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ☒ before 2 p.m. on July 17, 2013. Defendant shall remain on his current Conditions of Supervision until he is incarcerated.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal